UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA**

VS.          CASE NO: 5:13-cr-4-Oc-22PRL

**BOYD WALLACE
HIGGINBOTHAM, JR.**
_____/

**ORDER ON DEFENDANT'S APPLICATION FOR RULE 17 SUBPOENA**

On March 22, 2013, the Defendant, BOYD WALLACE HIGGINBOTHAM, JR., filed a motion (Doc. 18) seeking a Court order authorizing the issuance of a subpoena duces tecum under Federal Rules of Criminal Procedure 17(c)(3) to Orlando Regional Medical Center (ORMC) for the medical records of Steven Pritchard a/k/a Zenithfeb Doe. The Defendant requests that the records be produced to the Clerk of the Court for the Orlando Division of this Court. The government objects only to the extent that it states that such records should be produced to the Ocala Division of this Court, which is the division in which this case is pending. The government also requests a complete copy of those records, if any, that are produced directly to defense counsel.

Accordingly, for the reasons stated in the Defendant's motion – related to the need for these records in order to conduct a meaningful and independent investigation into the cause of Mr. Pritchard's death – the motion is due to be granted.[1] Because this case is pending in the Ocala Division, the government's objection is well taken and any records produced shall be

---

[1] Although Rule 17(c)(3) contains a notice requirement as to the victim, because the victim in this case is deceased, and given the pending trial scheduled for the trial term commencing on May 1, 2013, the Court notes that there are "exceptional circumstances" that justify its issuance.

produced to the Ocala Division. Further, to the extent records are produced directly to defense counsel, an identical copy shall be produced to the attorney for the government.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on March 29, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties